

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00369-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

John **AGUERO**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 388746
Honorable Timothy Johnson, Judge Presiding

# O R D E R

The notification of late record filed by Herminia Torres is hereby NOTED. Time is extended to July 23, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk